THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEAN S. TUSZYNSKI, Appellant. (Appeal No. 2.) [869 NYS2d 822]—

Present—Scudder, P.J., Martoche, Lunn, Peradotto and Green, JJ.